IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

U.S. FILED COURT
SAVANNAH DIV.

2019 MAR 26 AM 9: 09

CLERK_____
SO. DIST. OF GA.

THE UNITED STATES OF AMERICA,          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )  4:19CR19
                                       )
MARIO WALLACE,                         )
                                       )
          Defendant.                   )

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this 26th day of March, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA