FILED
U.S. DIST...
SAVA...
2020 JUN 30 PM 1:28
CLERK
SO. DIST. OF GA.

6/21/20

United States District Court
 Clerk's Office for
The Southern District of
Georgia Savannah Division
P.O. Box 8286
Savannah, GA 31412


RE: United States of America
               v.
     Mario Wallace
Case # 4:19CR00019-2


Dear Clerk,

I write this letter to your office in hopes that it will be construed as a motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A). I understand that under the First Step Act of 2018, federal prisoners may petition courts directly for reduction of their sentences and judges may grant such requests if extraordinary and compelling reasons warrant a reduction. See First Step Act of 2018, Section 603(b) Pub. L. 115-391 132 Stat. 5194 2018

As a pro se movant I understand that courts traditionally construe such petitions/motions liberally. It is due to the alarming and imminent circumstances which compel me to petition the courts for relief (directly).

COVID-19, a highly contagious, potentially fatal virus presents circumstances which are extraordinary, compelling, & unprecedented. The institution in which I am housed FCI Petersburg is the site of a significant coronavirus outbreak (see Kyle Cheney, Politico 6/15/20 Dems ask Bureau for details about facilities who sent officers to protest).

I suffer from a debilitating form of asthma and other chronic respiratory illnesses. My medical claims are well documented and retrievable.

I am also requesting an attorney to assist me with the articulation of my legal claims.

COVID-19 and the concomitant institutional security measures have exacerbated my health conditions and have foreclosed viable opportunities for earning good time and taking advantage of re-entry programs. Such programs were aimed and created to reduce recidivism.

Upon sentencing the judge recommended that I receive credit toward my federal sentence for all time served in custody since Oct. 23rd 2018. Due to the COVID-19 and its effects on the functioning of the BOP all programs have come to a virtual stop.

The awarding of this credit would expedite my release. The awarding of this credit would place me at 28 months time served. I was sentenced to 40 months. I am requesting relief in the form of Home Detention / Time Served.

I am asking that your office acknowledge receipt of this letter / motion and file it as such. All efforts to bring this request into fruition would be highly appreciated.

Cordially, Mario Wallace

Mario Wallace #22919-021
FCI Petersburg Medium
PO Box 1000
Petersburg, VA 23804

M.R. Mario Wallace #22919-021
Federal Correctional complex-Petersburg (MED)
Post office Box 1000
Petersburg, Virginia 23804

United States District Court
Clerk's Office For
The Southern District of
Georgia Savannah Division
P.O. Box 8286
Savannah, GA 31412